UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE | § § § § | |
| Plaintiff | | |
| v. | § | CASE # 1:18-CV-0323-RP |
| BRANDI K STOKES | § § § § | |
| Defendant | | |

## OPPOSED
## MOTION TO CONSOLIDATE RELATED CASES FOR DISCOVERY AND TRIAL

NOW COMES Brandi K Stokes, Defendant, and files this Motion to Consolidate Related Cases for Discovery and Trial and respectfully request that this Court consolidate Case 1:17-CV-1044-RP and Case 1:18-CV-0323-RP pursuant to Fed. R. Civ. P. 42(a)(2).

Plaintiff states as grounds for consolidation that the efficient and effective dispensation of justice in each case will best be served by granting the consolidation, because the cases arise out of the same fact pattern, encompass the same witnesses and evidence, and encompass overlapping questions of law. Furthermore, these cases, along with any related cases or claims that may arise, should be tried together so as to reduce the risk of inconsistent verdicts or results and so as to minimize the financial burden and expenditure of time required for the litigants and witnesses alike, who may otherwise be required to sit for separate depositions and witness at separate trials each of which are covering the same set of facts and testimony.

### Prayer

For the foregoing reasons, Defendant prays that this consolidate Case 1:17-CV-1044-RP and Case 1:18-CV-0323-RP pursuant to Fed. R. Civ. P. 42(a)(2).

Respectfully Submitted,

_____
Brandi K Stokes
Texas Bar No. 24044940
P.O. Box 301916
Austin, TX 78703
Telephone: (512) 206-0202
Facsimile: (512) 519-2013
brandi.stokes@gmail.com
brandikstokes.org

## CERTIFICATE OF CONFERENCE

I certify that the parties conferenced regarding the foregoing motion, and the opposing counsel indicated that Plaintiff is opposed to the motion.

_____
Brandi K Stokes
Texas Bar No. 24044940

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to the below individual before the 25th day of June, 2018, as follows:

Judith Gres DeBerry via CMRRR

_____
Brandi K Stokes
Texas Bar No. 24044940

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE # 1:18-CV-0323-RP |
| BRANDI K STOKES | § § § | |
| Defendant | § | |

## ORDER CONSOLIDATING CASES 1:18-CV-0323-RP and 1:17-CV-1044-RP

BEFORE THE COURT IS Defendant's Motion to Consolidate Related Cases for Discovery and Trial. The Court has reviewed the motion and file and records therein and finds that the cases arise out of the same fact pattern, encompass the same witnesses and evidence, encompass overlapping questions of law, and warrant consolidation.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Consolidate is GRANTED, and this case is hereby consolidated with Case No. 1:17-CV-1044-RP for all purposes.

The District Court Clerk is directed to enter this Order, to consolidate this case with Case No. 1:17-CV-1044-RP, to provide copies of this Order to all parties entitled to service, and CLOSE Case No. 1:17-CV-1044-RP.

Dated this ____ of _____, 2018.

_____
Robert L. Pitman
United States District Judge